**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 27 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> JULIO BAYRON-ARRIOLA, a.k.a. Julio Bayron Estrada-Arriola, <br><br> Defendant-Appellant. | No. 17-10099 <br> 17-10100 <br><br> D.C. No. 4:16-cr-00736-RCC <br> 4:12-cr-00939-RCC <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
Raner C. Collins, Chief Judge, Presiding

Submitted October 23, 2017[**]

Before:     LEAVY, WATFORD, and FRIEDLAND, Circuit Judges.

In these consolidated appeals, Julio Bayron-Arriola appeals his guilty-plea

conviction and 46-month sentence for reentry of a removed alien, in violation of 8

U.S.C. § 1326, and the revocation of supervised release and consecutive 8-month

sentence imposed upon revocation.  Pursuant to *Anders v. California*, 386 U.S. 738

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(1967), Bayron-Arriola's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Bayron-Arriola the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Bayron-Arriola waived his right to appeal his conviction, the revocation of supervised release, and his sentences. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waivers. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeals. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

17-10099 & 17-10100